UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
CALLIE KNOTT; MICHELLE LACOMBE; :
SANDRA LADNER; MARY A. LANDRY;
LINDA LATHAN; RITA LAWRENCE; :
FRANCES LAWSON; OLGA (CATHI)
LEDBETTER; PATRICIA LEE; DEBRA :
LEMMON; ALBERTINE LEWIS; MILTON
LINDSEY; BESSIE LITTLETON; TERRI :
LIVINGSTON; DORIS LONDON; PATSY
LONG; JOANN LOVITO; SHARON LOWRY; :
SHIRLEY LUGO; MICHAEL MALECKI,
:
    Plaintiffs,                     :    Civil Action
v.                                          No. 04-11204-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :
:
    Defendants.                   :
---------------------------------- x

**<u>NOTICE OF APPEARANCE</u>**

       Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: September 2, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |