UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x
CALLIE KNOTT; MICHELLE LACOMBE; :
SANDRA LADNER; MARY A. LANDRY; :
LINDA LATHAN; RITA LAWRENCE; :
FRANCES LAWSON; OLGA (CATHI) :
LEDBETTER; PATRICIA LEE; DEBRA :
LEMMON; ALBERTINE LEWIS; MILTON :
LINDSEY; BESSIE LITTLETON; TERRI :
LIVINGSTON; DORIS LONDON; PATSY :
LONG; JOANN LOVITO; SHARON LOWRY; :
SHIRLEY LUGO; MICHAEL MALECKI, :
                                  :
       Plaintiffs,                :    Civil Action
v.                                :    No. 04-11204-GAO
                                  :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH       :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A   :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER       :
INGELHEIM PHARMACEUTICALS, INC.,  :
                                  :
       Defendants.                :
----------------------------------- x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 2, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.